Michele Molinario, Bar #020594
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7831
mmolinario@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendants Keith D. Kennedy,
Dana Park Dental, LLC and Power Ranch
Dental, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Danielle Nagy, | NO. 2:17-CV-01695-GMS |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| Dr. Keith D. Kennedy; Dana Park Dental, LLC;  and DOES 1-100, | |
| Defendants. | |

The Parties, by and through counsel undersigned, hereby stipulate to dismiss the above-entitled action, ***with prejudice***, each Party to bear her/his/its own attorneys' fees and costs.

A proposed form of Order has been lodged contemporaneously herewith.

DATED this 17th day of November 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By/s/Ravi Patel
_____
Michele Molinario
Ravi V. Patel
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Keith D.
Kennedy, Dana Park Dental, LLC and
Power Ranch Dental, LLC

6311181.1

1

2                    PATRICIA E. RONAN LAW, LLC

3

4                  By/s/Patricia E. Ronan (with permission)

5                      Patricia E. Ronan
                     Post Office Box 55341

6                      Phoenix, Arizona  85078-5341
                     Attorneys for Plaintiff

7

8                  LAW OFFICES OF DEVON K. ROEPCKE

9

10                  By/s/Devon K. Roepcke (with permission)
                     Devon K. Roepcke

11                      170 Laurel Street
                     San Diego, California  92101

12                      Attorneys for Plaintiff

13                          **CERTIFICATE OF SERVICE**

14          I hereby certify that on this 17th day of November 2017, I caused the

15 foregoing document to be filed electronically with the Clerk of Court through the

16 CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF

17 system.

18 /s/Victoria G. Wells

19

20

21

22

23

24

25

26

27

28