# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danielle Nagy, | No. CV-17-01695-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Keith D. Kennedy, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Dismiss, (Doc. 23), and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation. This matter is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 17th day of November, 2017.

_____
Honorable G. Murray Snow
United States District Judge